IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:15-CV-139

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY | ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| PARADISE HOME IMPROVEMENT, LLC., and SHARON WATSON, individually and as a class representative | ) ) ) ) ) ) |
| Defendants, | ) |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed. R. Civ. P. 7.1 and Local Civil Rule 7.3, Plaintiff The Cincinnati Insurance Company, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    [ X ]  YES          [ ]  NO

2. Does party have any parent corporations?

    [X]  YES          [ ]  NO

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:  Cincinnati Financial Corporation.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    [X]  YES          [ ]  NO

If yes, identify all such owners:  First Eagle Investment Management, LLC, State Street Corporation and Vanguard Group, Inc.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation (Local Rule 7.3 or Local Criminal Rule 12.3)?

       [ ]    YES         [X]    NO

If yes, identify entity and nature of interest:  N/A

5. Is party a trade association?

       [ ]    YES         [X]    NO

If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:  N/A

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:  N/A

Respectfully submitted, this the 26th day of March, 2015.

**CRANFILL SUMNER & HARTZOG LLP**

/s/Susan K. Burkhart
Susan K. Burkhart
N.C. State Bar Number 10151
*Attorneys for Plaintiff*
Cranfill Sumner & Hartzog LLP
Post Office Box 27808
Raleigh, N.C.  27611-7808
Phone:   919-863-8709
Fax:       919-863-3537
E-mail:  skb@cshlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:15-CV-139

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>PARADISE HOME IMPROVEMENT, LLC., and SHARON WATSON, individually and as a class representative<br><br>Defendants, | CERTIFICATE OF SERVICE |

I hereby certify that on March 26, 2015 I electronically filed the foregoing *Corporate Disclosures* with the Clerk of the Court using the CM/ECF, and I hereby certify that I have mailed the documents to the following:

Paradise Home Improvement, LLC
c/o Registered Agent Corporation Service Company
327 Hillsborough Street
Raleigh, NC 27603

Ms. Sharon Watson
201 Bethpage Road
Kannapolis, NC 28081

**CRANFILL SUMNER & HARTZOG LLP**

/s/Susan K. Burkhart
Susan K. Burkhart
N.C. State Bar Number 10151
*Attorneys for Plaintiff*
Cranfill Sumner & Hartzog LLP
Post Office Box 27808
Raleigh, N.C. 27611-7808
Phone: 919-863-8709
Fax: 919-863-3537
E-mail: skb@cshlaw.com