# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 3:15-CV-139-RJC-DCK |
| PARADISE HOME IMPROVEMENT, LLC, ) | |
| and SHARON WATSON, individually and as ) | |
| a class representative, ) | |
| ) | |
| Defendants. ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Only one form need be completed for each nongovernmental party even if the party is represented by more than one attorney. Disclosures must be filed on behalf of individual nongovernmental parties as well as nongovernmental corporate parties. Counsel have a continuing duty to update this information. An executed form should be electronically filed, plaintiff or moving party must serve this on the defendant(s) or respondent(s) when initial service is made.

**Paradise Home Improvement, LLC** who is **Defendant**,

makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?   Yes   **No**

2. Does party have any parent corporations?   Yes   **No**

    If yes, identify all parent corporations, including grandparent and great- grandparent corporations:  NA

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?   Yes   **No**

    If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?   Yes   **No**

If yes, identify entity and nature of interest:

Respectfully submitted, this 22nd day of April, 2015.

**NICHOLSON LAW FIRM, P.A.**

/s/ Edward H. Nicholson, Jr.
_____
Edward H. Nicholson, Jr.
NC Bar No. 36123
212 S. Tryon St., Ste. 1725
Charlotte, NC 28281
(704) 223-2406
(704) 333-2529
nicholsonshumaker@att.net

**McCONNELL & SNEED, LLC**
Robert M. Sneed, Jr.
Georgia Bar No. 665608
*(Motion for pro hac admission pending)*
990 Hammond Drive, Ste. 840
Atlanta, GA 30328
(404) 665-3090 tel
(404) 665-3476 fax
rms@mcconnellsneed.com

*Attorneys for Defendant Paradise Home Improvement, LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 3:15-CV-139-RJC-DCK |
| PARADISE HOME IMPROVEMENT, LLC, ) | |
| and SHARON WATSON, individually and as ) | |
| a class representative, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing *Answer of Defendant Paradise Home Improvement, LLC* upon all parties of record by filing with the CM/ECF system, which will send electronic notification of such filing to:

> Susan K. Burkhart
> Cranfill Sumner & Hartzog, LLP
> P.O. Box 27808
> Raleigh, NC 27611

This 22nd day of April, 2015.

**NICHOLSON LAW FIRM, P.A.**

/s/ Edward H. Nicholson, Jr.
_____
Edward H. Nicholson, Jr.
NC Bar No. 36123
212 S. Tryon St., Ste. 1725
Charlotte, NC 28281
(704) 223-2406
(704) 333-2529
nicholsonshumaker@att.net

*Attorneys for Defendant Paradise Home Improvement, LLC*