IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-139-RJC-DCK

| | |
|---|---|
| THE CINCINNATI INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER** |
| | )<br>) |
| PARADISE HOME IMPROVEMENT, LLC, and SHARON WATSON, individually and as a class representative, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6 ) filed by Edward H. Nicholson, Jr., concerning Robert M. Sneed, Jr. on April 23, 2015. Mr. Robert M. Sneed, Jr. seeks to appear as counsel *pro hac vice* for Defendant Paradise Home Improvement, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 6 ) is **GRANTED.** Mr. Robert M. Sneed, Jr. is hereby admitted *pro hac vice* to represent Defendant Paradise Home Improvement, Inc.

Signed: April 24, 2015

David C. Keesler
United States Magistrate Judge