IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-139-RJC-DCK

| THE CINCINNATI INSURANCE COMPANY, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PARADISE HOME IMPROVEMENT, LLC, and SHARON WATSON, individually and as a class representative, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) filed by Ted Lewis Johnson, concerning Stefan Coleman on June 9, 2015. Mr. Stefan Coleman seeks to appear as counsel *pro hac vice* for Defendant Sharon Watson. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 11) is **GRANTED.** Mr. Stefan Coleman is hereby admitted *pro hac vice* to represent Defendant Sharon Watson.

Signed: June 10, 2015

David C. Keesler
United States Magistrate Judge